450 A.2d 1044

Cowen v. Krasas et al., Appellants.

Submitted January 26, 1982. Arsen Kashkashian, for appellants; Marvin J. Levin, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.

450 A.2d 1044

Dasher, Appellant v. Dasher.

Argued December 14, 1981. Dwight Danser, for appellant; Michael J. Rotko, for appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.